| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**  04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  **Krisu Hospitality, LLC**

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   4 6 – 2 9 2 7 4 4 8

4. **Debtor's address**

   **Principal place of business**

   **500 W. Harvester**
   Number    Street

   **Pampa**       **TX**   **79065**
   City           State   ZIP Code

   **Gray**
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City           State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City           State   ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☒ Other. Specify: _____

Debtor **Krisu Hospitality, LLC**  Case number (if known) _____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

   ____ ____ ____ ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11.  *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY
         District _____ When _____ Case number _____
                                    MM / DD / YYYY
         District _____ When _____ Case number _____
                                    MM / DD / YYYY

Debtor **Krisu Hospitality, LLC** _____  Case number (if known) _____

| | | |
|---|---|---|
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>District _____ When __/__/____ (MM/DD/YYYY)<br>Case number, if known _____<br><br>Debtor _____ Relationship _____<br>District _____ When __/__/____ (MM/DD/YYYY)<br>Case number, if known _____ | |

11. **Why is the case filed in _this district_?**

    _Check all that apply:_

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** _(Check all that apply.)_

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
      Number    Street
    _____
    _____    _____  _____
      City             State    ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and adminstrative information

13. **Debtor's estimation of available funds**

    _Check one:_
    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Krisu Hospitality, LLC**_____   Case number (if known) _____

| | | | |
|---|---|---|---|
| 14. Estimated number of creditors | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/04/2019**
MM / DD / YYYY

X **/s/**_____   _____
Signature of authorized representative of debtor    Printed name

Title _____

18. **Signature of attorney**

X **/s/ Patrick A. Swindell**_____   Date **11/04/2019**
Signature of attorney for debtor    MM / DD / YYYY

**Patrick A. Swindell**
Printed name

**Swindell Law Firm**
Firm name

**106 SW 7th**
Number     Street

_____

**Amarillo**     **TX**   **79101**
City          State   ZIP Code

**(806) 374-7979**     _____
Contact phone     Email address

**19587450**     _____
Bar number     State

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **Krisu Hospitality, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Peekay Refi 1701 Dumas Ave Dumas, TX 79029 | | Business Debt | | | | $800,000.00 |
| 2 | Bhiren Patel 5 West Way Carshalt | | Loan | | | | $270,000.00 |
| 3 | Praful Bhakta 2100 N Kansa Ave Liberal, KS 67901 | | Loan | | | | $150,000.00 |
| 4 | Navin Bhakta 1620 S Dumas Ave Dumas, TX 79029 | | Loan | | | | $150,000.00 |
| 5 | Milan Patel 25 Prestwick Ln Amarillo, TX 79124 | | Loan | | | | $100,000.00 |

Debtor **Krisu Hospitality, LLC**       Case number (if known) _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Dinesh Patel<br>2 Cyprus Pt<br>Amarillo, TX 79124 | | Loan | | | | $100,000.00 |
| 7 | BW Chase Visa<br>P.O. Box 15298<br>Wilmington, DE 19850 | | Credit Card | | | | $100,000.00 |
| 8 | New York Life Insurance<br>6734 N Longmeadow<br>Lincolnwood, IL 60712 | | Business Debt | | | | $79,000.00 |
| 9 | Peekay Hospitality<br>1701 S Dumas ave<br>Dumas, TX 79029 | | Business Debt | | | | $78,704.01 |
| 10 | Wyndham Hotels<br>22 Sylvan Way<br>Parsippany NJ | | Business Debt | | | | $67,502.99 |
| 11 | Raju Patel<br>5174 Brian Ln<br>Encino, CA 91436 | | Loan | | | | $50,000.00 |
| 12 | LQ Chase Visa<br>P.O. Box 15298<br>Wilmington, DE 19850 | | Credit Card | | | | $50,000.00 |
| 13 | Kamlesh Patel<br>537-1 West River Rd<br>Palatka, FL 32177 | | Loan | | | | $40,000.00 |

Debtor **Krisu Hospitality, LLC**　　　　　Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | City of Pampa<br>200 W Foster<br>Pampa, TX 79065 | | Property Taxes | | | | $29,871.00 |
| 15 | Punkaj Patel<br>246 Marion Ave<br>Summerville, SC 29483 | | Loan | | | | $25,000.00 |
| 16 | Govind Kaka Patel<br>1216 48th St<br>Lubbock, TX 79412 | | Loan | | | | $25,000.00 |
| 17 | Texas Comptroller of Publlic Accounts<br>P.O. Box 13528<br>Austin, TX 78711 | | Business Debt | | | | $4,482.84 |
| 18 | Farmers Insurance<br>P.O. Box 2847<br>Grand Rapids, MI 49501 | | Business Debt | | | | $4,408.82 |
| 19 | Oracle elevator<br>600 S Tyler St Ste 13<br>Amarillo, TX 79101 | | Business Debt | | | | $3,412.32 |
| 20 | HD Supply<br>P.O. Box 509058<br>San Diego, CA 92150 | | Business Debt | | | | $2,973.25 |

Bhiren Patel
5 West Way Carshalt

Brianna Cooper
8004 Abbevile Ave
Lubbock, TX 79424

BW Chase Visa
P.O. Box 15298
Wilmington, DE 19850

Centennial Bank
7207 82nd st
Lubbock, TX 79424

City of Pampa
200 W Foster
Pampa, TX 79065

Dinesh Patel
2 Cyprus Pt
Amarillo, TX 79124

Direct Tv
P.O. Box 410347
Charlotte, NC 28241

Expedia
333 108th Ave NE
Bellevue, WA 98004

Farmers Insurance
P.O. Box 2847
Grand Rapids, MI 49501

Govind Kaka Patel
1216 48th St
Lubbock, TX 79412


Gray County
P.O. Box 836
Pampa, TX 79066


HD Supply
P.O. Box 509058
San Diego, CA 92150


Kamlesh Patel
537-1 West River Rd
Palatka, FL 32177


Look Outdoor
700 N Florida St
Borger, TX 79007


LQ Chase Visa
P.O. Box 15298
Wilmington, DE 19850


Milan Patel
25 Prestwick Ln
Amarillo, TX 79124


Navin Bhakta
1620 S Dumas Ave
Dumas, TX 79029


New York Life Insurance
6734 N Longmeadow
Lincolnwood, IL 60712

Oracle elevator
600 S Tyler St Ste 13
Amarillo, TX 79101


Peekay Hospitality
1701 S Dumas ave
Dumas, TX 79029


Peekay Refi
1701 Dumas Ave
Dumas, TX 79029


Popp Hutcheson
1301 S Mopac
Austin, TX 78746


Praful Bhakta
2100 N Kansa Ave
Liberal, KS 67901


Punkaj Patel
246 Marion Ave
Summerville, SC 29483


Raju Patel
5174 Brian Ln
Encino, CA 91436


Rudd F Owen
P.O. Box 328
Plainview, TX 79073


Sams
2201 Ross Osage Dr
Amarillo, TX 79103

Sparklight Business
1059 Coronado Cir
BORGER, TX 79007


Texas Comptroller of Publlic Accounts
P.O. Box 13528
Austin, TX 78711


Texas Panhandle Regional Development Cor
801 Filmore Suite 205
Amarillo, TX 79101


Tim Newsom
1001 S Harrison St
Amarillo, TX 79101


United Supermarket
P.O. Box 15585
Canyon, TX 79015


US Small Business Administration
1205 Texas Ave Rm 408
Lubbock, TX 79401


Velocity
7130 Spring Meadow
Holland, OH 43528


Wyndham Hotels
22 Sylvan Way
Parsippany NJ


Xcel Energy
P.O. Box 1443
Minneapolis, MN 55483