**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

IN RE:  **Krisu Hospitality LLC**          CASE NO  **19-20347-11**

                                           CHAPTER  **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  11/6/2019          Signature  /s/ Krisu Hospitality LLC
                                    *Krisu Hospitality LLC*

Date _____          Signature _____