**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

IN RE: **Krisu Hospitality LLC**  CASE NO **19-20347-11**

CHAPTER **11**

*AMENDED*
**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  11/6/2019

Signature  /s/ Krisu Hospitality LLC
*Krisu Hospitality LLC*

Date

Signature

Bhiren Patel
5 West Way Carshalt

Brianna Cooper
8004 Abbevile Ave
Lubbock, TX 79424

BW Chase Visa
P.O. Box 15298
Wilmington, DE 19850

Centennial Bank
7207 82nd st
Lubbock, TX 79424

City of Pampa
200 W Foster
Pampa, TX 79065

Dinesh Patel
2 Cyprus Pt
Amarillo, TX 79124

Direct Tv
P.O. Box 410347
Charlotte, NC 28241

Expedia
333 108th Ave NE
Bellevue, WA 98004

Farmers Insurance
P.O. Box 2847
Grand Rapids, MI 49501

Govind Kaka Patel  
1216 48th St  
Lubbock, TX 79412  

Gray County  
P.O. Box 836  
Pampa, TX 79066  

HD Supply  
P.O. Box 509058  
San Diego, CA 92150  

Internal Revenue Service*  
Centralized Insolvency Operation  
PO Box 7346  
Philadelphia, PA 19101-7346  

Kamlesh Patel  
537-1 West River Rd  
Palatka, FL 32177  

Look Outdoor  
700 N Florida St  
Borger, TX 79007  

LQ Chase Visa  
P.O. Box 15298  
Wilmington, DE 19850  

Milan Patel  
25 Prestwick Ln  
Amarillo, TX 79124  

Navin Bhakta  
1620 S Dumas Ave  
Dumas, TX 79029

```
New York Life Insurance
6734 N Longmeadow
Lincolnwood, IL 60712



Oracle elevator
600 S Tyler St Ste 13
Amarillo, TX 79101



Peekay Hospitality
1701 S Dumas ave
Dumas, TX 79029



Peekay Refi
1701 Dumas Ave
Dumas, TX 79029



Popp Hutcheson
1301 S Mopac
Austin, TX 78746



Praful Bhakta
2100 N Kansa Ave
Liberal, KS 67901



Punkaj Patel
246 Marion Ave
Summerville, SC 29483



Raju Patel
5174 Brian Ln
Encino, CA 91436



Rudd F Owen
P.O. Box 328
Plainview, TX 79073
```

```
Sams
2201 Ross Osage Dr
Amarillo, TX 79103



Sparklight Business
1059 Coronado Cir
BORGER, TX 79007



Texas Comptroller of Publlic Accounts
P.O. Box 13528
Austin, TX 78711



Texas Panhandle Regional Development Cor
801 Filmore Suite 205
Amarillo, TX 79101



Tim Newsom
1001 S Harrison St
Amarillo, TX 79101



United Supermarket
P.O. Box 15585
Canyon, TX 79015



US Attorney General
Department of Justice
950 Pennsylvania Ave, N.W.
Washington, DC 20530


US Attorney in Charge
1100 Commerce St. 3rd Floor
Dallas, TX 75242


US Small Business Administration
1205 Texas Ave Rm 408
Lubbock, TX 79401
```

```
US Trustee
William T. Neary
1100 Commerce St. Rm. 976
Dallas, TX 75242


Velocity
7130 Spring Meadow
Holland, OH 43528



Wyndham Hotels
22 Sylvan Way
Parsippany NJ



Xcel Energy
P.O. Box 1443
Minneapolis, MN 55483
```