Patrick A. Swindell
Swindell Law Firm
106 SW 7th Ave.
Amarillo, TX 79101
(806) 374-7979
(806) 374-1991 FAX

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| IN RE: | § |
| **Krisu Hospitality LLC** | § CASE NO. 19-20347-11 |
| | § |
| | § |
| **DEBTOR** | § |

## DEBTOR'S APPLICATION FOR EMPLOYMENT OF ATTORNEY

Krisu Hospitality LLC, Debtor in the above styled case, respectfully represents that:

1. Debtor herein wishes to employ Patrick A. Swindell and Swindell Law Firm as its attorney in this proceeding.

2. Said lawyer is well qualified to act as counsel in this case.

3. Debtor cannot represent itself in this proceeding and it is necessary that it employ legal counsel.

4. The professional services to be rendered include all legal services that are necessary or may be necessary in a Chapter 11 proceeding.

5. The compensation for attorney will be based on an hourly charge at the rate of $350.00 an hour, and $150.00 an hour for legal assistants time as set forth in attached retainer agreement.

6. To the Applicant's knowledge, Patrick A. Swindell does not have nor does he represent any interest of any creditor, other party in interest, their attorneys or accountants, the United States Trustee or any person employed in the office of the United States Trustee in any

manner which would create or represent an interest which is adverse to the estate of the Debtor-in-Possession in connection with the matters upon which the law firm is to be engaged.

WHEREFORE, Debtor prays that it be authorized to retain Patrick A. Swindell as counsel in the case; nunc pro tunc as of November 4, 2019.

Dated: November 6, 2019

                               KRISU HOSPITALITY LLC

                               By: /s/ Piyush Kantilal Patel
                                   Piyush Kantilal Patel, Member

                               By: /s/ Bharti Piyush Patel
                                   Bharti Piyush Patel, Member

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 6, 2019, a true and correct copy of the foregoing Application for Employment of Attorney was served via US mail or ECF notification as follows and the attached mailing matrix:

U.S. Trustee's Office
1100 Commerce, Rm. 976
Dallas, TX 75242

Krisu Hospitality, LLC
500 W. Harvester
Pampa, TX 79065

                               By: /s/ Piyush Kantilal Patel
                                   Piyush Kantilal Patel, Member

                               By: /s/ Bharti Piyush Patel
                                   Bharti Piyush Patel, Member

Bhiren Patel
5 West Way Carshalt

Gray County
P.O. Box 836
Pampa, TX 79066

Oracle elevator
600 S Tyler St Ste 13
Amarillo, TX 79101

Brianna Cooper
8004 Abbevile Ave
Lubbock, TX 79424

HD Supply
P.O. Box 509058
San Diego, CA 92150

Peekay Hospitality
1701 S Dumas ave
Dumas, TX 79029

BW Chase Visa
P.O. Box 15298
Wilmington, DE 19850

Internal Revenue Service*
Centralized Insolvency Operatio:
PO Box 7346
Philadelphia, PA 19101-7346

Peekay Refi
1701 Dumas Ave
Dumas, TX 79029

Centennial Bank
7207 82nd st
Lubbock, TX 79424

Kamlesh Patel
537-1 West River Rd
Palatka, FL 32177

Popp Hutcheson
1301 S Mopac
Austin, TX 78746

City of Pampa
200 W Foster
Pampa, TX 79065

Krisu Hospitality LLC
500 W. Harvester
Pampa, TX 79065

Praful Bhakta
2100 N Kansa Ave
Liberal, KS 67901

Dinesh Patel
2 Cyprus Pt
Amarillo, TX 79124

Look Outdoor
700 N Florida St
Borger, TX 79007

Punkaj Patel
246 Marion Ave
Summerville, SC 29483

Direct Tv
P.O. Box 410347
Charlotte, NC 28241

LQ Chase Visa
P.O. Box 15298
Wilmington, DE 19850

Raju Patel
5174 Brian Ln
Encino, CA 91436

Expedia
333 108th Ave NE
Bellevue, WA 98004

Milan Patel
25 Prestwick Ln
Amarillo, TX 79124

Rudd F Owen
P.O. Box 328
Plainview, TX 79073

Farmers Insurance
P.O. Box 2847
Grand Rapids, MI 49501

Navin Bhakta
1620 S Dumas Ave
Dumas, TX 79029

Sams
2201 Ross Osage Dr
Amarillo, TX 79103

Govind Kaka Patel
1216 48th St
Lubbock, TX 79412

New York Life Insurance
6734 N Longmeadow
Lincolnwood, IL 60712

Sparklight Business
1059 Coronado Cir
BORGER, TX 79007

Case 19-20347-rlj11 Doc 9 Filed 11/07/19 Entered 11/07/19 10:42:00 Page 4 of 4

Debtor(s): Krisu Hospitality LLC
Case No: 19-20347-11
Chapter: 11
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

Texas Comptroller of Publlic Ac
P.O. Box 13528
Austin, TX 78711

Xcel Energy
P.O. Box 1443
Minneapolis, MN 55483

Texas Panhandle Regional Develo
801 Filmore Suite 205
Amarillo, TX 79101

Tim Newsom
1001 S Harrison St
Amarillo, TX 79101

United Supermarket
P.O. Box 15585
Canyon, TX 79015

US Attorney General
Department of Justice
950 Pennsylvania Ave, N.W.
Washington, DC 20530

US Attorney in Charge
1100 Commerce St. 3rd Floor
Dallas, TX 75242

US Small Business Administratio
1205 Texas Ave Rm 408
Lubbock, TX 79401

US Trustee
William T. Neary
1100 Commerce St. Rm. 976
Dallas, TX 75242

Velocity
7130 Spring Meadow
Holland, OH 43528

Wyndham Hotels
22 Sylvan Way
Parsippany NJ