**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

IN RE: **Krisu Hospitality LLC**                          CASE NO. **19-20347-11**

                                                          CHAPTER **11**

### Certificate of Service

Certificate of Service

Date:   **11/7/2019**                    /s/ Patrick A. Swindell
                                         **Patrick A. Swindell**
                                         Attorney for the Debtor(s)

Bhiren Patel
5 West Way Carshalt

Direct Tv
P.O. Box 410347
Charlotte, NC 28241

Internal Revenue Service*
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Brianna Cooper
8004 Abbevile Ave
Lubbock, TX 79424

Expedia
333 108th Ave NE
Bellevue, WA 98004

Kamlesh Patel
537-1 West River Rd
Palatka, FL 32177

BW Chase Visa
P.O. Box 15298
Wilmington, DE 19850

Farmers Insurance
P.O. Box 2847
Grand Rapids, MI 49501

Krisu Hospitality LLC
500 W. Harvester
Pampa, TX 79065

Centennial Bank
7207 82nd st
Lubbock, TX 79424

Govind Kaka Patel
1216 48th St
Lubbock, TX 79412

Look Outdoor
700 N Florida St
Borger, TX 79007

City of Pampa
200 W Foster
Pampa, TX 79065

Gray County
P.O. Box 836
Pampa, TX 79066

LQ Chase Visa
P.O. Box 15298
Wilmington, DE 19850

Dinesh Patel
2 Cyprus Pt
Amarillo, TX 79124

HD Supply
P.O. Box 509058
San Diego, CA 92150

Milan Patel
25 Prestwick Ln
Amarillo, TX 79124

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

IN RE:   Krisu Hospitality LLC                                          CASE NO.   **19-20347-11**

                                                                                           CHAPTER   **11**

**Certificate of Service**

(Continuation Sheet #1)

| | | |
|---|---|---|
| Navin Bhakta<br>1620 S Dumas Ave<br>Dumas, TX 79029 | Punkaj Patel<br>246 Marion Ave<br>Summerville, SC 29483 | Tim Newsom<br>1001 S Harrison St<br>Amarillo, TX 79101 |
| New York Life Insurance<br>6734 N Longmeadow<br>Lincolnwood, IL 60712 | Raju Patel<br>5174 Brian Ln<br>Encino, CA 91436 | United Supermarket<br>P.O. Box 15585<br>Canyon, TX 79015 |
| Oracle elevator<br>600 S Tyler St Ste 13<br>Amarillo, TX 79101 | Rudd F Owen<br>P.O. Box 328<br>Plainview, TX 79073 | US Attorney General<br>Department of Justice<br>950 Pennsylvania Ave, N.W.<br>Washington, DC 20530 |
| Peekay Hospitality<br>1701 S Dumas ave<br>Dumas, TX 79029 | Sams<br>2201 Ross Osage Dr<br>Amarillo, TX 79103 | US Attorney in Charge<br>1100 Commerce St. 3rd Floor<br>Dallas, TX 75242 |
| Peekay Refi<br>1701 Dumas Ave<br>Dumas, TX 79029 | Sparklight Business<br>1059 Coronado Cir<br>BORGER, TX 79007 | US Small Business Administration<br>1205 Texas Ave Rm 408<br>Lubbock, TX 79401 |
| Popp Hutcheson<br>1301 S Mopac<br>Austin, TX 78746 | Texas Comptroller of Publlic Accounts<br>P.O. Box 13528<br>Austin, TX 78711 | US Trustee<br>William T. Neary<br>1100 Commerce St. Rm. 976<br>Dallas, TX 75242 |
| Praful Bhakta<br>2100 N Kansa Ave<br>Liberal, KS 67901 | Texas Panhandle Regional Development Cor<br>801 Filmore Suite 205<br>Amarillo, TX 79101 | Velocity<br>7130 Spring Meadow<br>Holland, OH 43528 |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

IN RE: **Krisu Hospitality LLC**　　　　　　　　　　CASE NO. **19-20347-11**

　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

**Certificate of Service**

(Continuation Sheet #2)

---

Wyndham Hotels
22 Sylvan Way
Parsippany NJ


Xcel Energy
P.O. Box 1443
Minneapolis, MN 55483