UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

IN RE: **Krisu Hospitality LLC**  CASE NO. **19-20347-11**

CHAPTER **11**

## Certificate of Service

Certificate of Service

Date: **11/7/2019**   /s/ Patrick A. Swindell
**Patrick A. Swindell**
Attorney for the Debtor(s)

| | | |
|---|---|---|
| Bhiren Patel<br>5 West Way Carshalt | Direct Tv<br>P.O. Box 410347<br>Charlotte, NC 28241 | Internal Revenue Service*<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Brianna Cooper<br>8004 Abbevile Ave<br>Lubbock, TX 79424 | Expedia<br>333 108th Ave NE<br>Bellevue, WA 98004 | Kamlesh Patel<br>537-1 West River Rd<br>Palatka, FL 32177 |
| BW Chase Visa<br>P.O. Box 15298<br>Wilmington, DE 19850 | Farmers Insurance<br>P.O. Box 2847<br>Grand Rapids, MI 49501 | Krisu Hospitality LLC<br>500 W. Harvester<br>Pampa, TX 79065 |
| Centennial Bank<br>7207 82nd st<br>Lubbock, TX 79424 | Govind Kaka Patel<br>1216 48th St<br>Lubbock, TX 79412 | Look Outdoor<br>700 N Florida St<br>Borger, TX 79007 |
| City of Pampa<br>200 W Foster<br>Pampa, TX 79065 | Gray County<br>P.O. Box 836<br>Pampa, TX 79066 | LQ Chase Visa<br>P.O. Box 15298<br>Wilmington, DE 19850 |
| Dinesh Patel<br>2 Cyprus Pt<br>Amarillo, TX 79124 | HD Supply<br>P.O. Box 509058<br>San Diego, CA 92150 | Milan Patel<br>25 Prestwick Ln<br>Amarillo, TX 79124 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

IN RE: Krisu Hospitality LLC              CASE NO. **19-20347-11**

                                          CHAPTER **11**

**Certificate of Service**

(Continuation Sheet #1)

| | | |
|---|---|---|
| Navin Bhakta<br>1620 S Dumas Ave<br>Dumas, TX 79029 | Punkaj Patel<br>246 Marion Ave<br>Summerville, SC 29483 | Tim Newsom<br>1001 S Harrison St<br>Amarillo, TX 79101 |
| New York Life Insurance<br>6734 N Longmeadow<br>Lincolnwood, IL 60712 | Raju Patel<br>5174 Brian Ln<br>Encino, CA 91436 | United Supermarket<br>P.O. Box 15585<br>Canyon, TX 79015 |
| Oracle elevator<br>600 S Tyler St Ste 13<br>Amarillo, TX 79101 | Rudd F Owen<br>P.O. Box 328<br>Plainview, TX 79073 | US Attorney General<br>Department of Justice<br>950 Pennsylvania Ave, N.W.<br>Washington, DC 20530 |
| Peekay Hospitality<br>1701 S Dumas ave<br>Dumas, TX 79029 | Sams<br>2201 Ross Osage Dr<br>Amarillo, TX 79103 | US Attorney in Charge<br>1100 Commerce St. 3rd Floor<br>Dallas, TX 75242 |
| Peekay Refi<br>1701 Dumas Ave<br>Dumas, TX 79029 | Sparklight Business<br>1059 Coronado Cir<br>BORGER, TX 79007 | US Small Business Administration<br>1205 Texas Ave Rm 408<br>Lubbock, TX 79401 |
| Popp Hutcheson<br>1301 S Mopac<br>Austin, TX 78746 | Texas Comptroller of Publlic Accounts<br>P.O. Box 13528<br>Austin, TX 78711 | US Trustee<br>William T. Neary<br>1100 Commerce St. Rm. 976<br>Dallas, TX 75242 |
| Praful Bhakta<br>2100 N Kansa Ave<br>Liberal, KS 67901 | Texas Panhandle Regional Development Cor<br>801 Filmore Suite 205<br>Amarillo, TX 79101 | Velocity<br>7130 Spring Meadow<br>Holland, OH 43528 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

IN RE: **Krisu Hospitality LLC**   CASE NO. **19-20347-11**

CHAPTER **11**

**Certificate of Service**

(Continuation Sheet #2)

---

Wyndham Hotels
22 Sylvan Way
Parsippany NJ


Xcel Energy
P.O. Box 1443
Minneapolis, MN 55483