C. Jared Knight
State Bar No. 00794107
Rhonda Luginbyhl
State Bar No. 24074626
BURDETT MORGAN WILLIAMSON & BOYKIN, L.L.P.
701 S. Taylor, Suite 440
Amarillo, TX 79101
(806) 358-8116 Telephone
(806) 350-7642 Fax
jknight@bmwb-law.com
rluginbyhl@bmwb-law.com
*Attorneys for Centennial Bank*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Krisu Hospitality, LLC | § § § § | CASE NO. 19-20347-rlj11 |
| DEBTOR(S) | § | |

**NOTICE OF APPEARANCE AND REQUEST
FOR ALL NOTICES, PLANS AND DISCLOSURE STATEMENTS**

Centennial Bank, creditor and party in interest, hereby enters its appearance in this case, C. JARED KNIGHT, RHONDA LUGINBYHL and the law firm of BURDETT MORGAN WILLIAMSON & BOYKIN, LLP ("BMWB") enter their appearance as attorneys for CREDITOR as directed by Federal Rule of Bankruptcy Procedure 9010(b). The name, office address, telephone number, fax number and e-mail address for Mr. Knight, Mrs. Luginbyhl, and BMWB follow:

C. Jared Knight
BURDETT MORGAN WILLIAMSON & BOYKIN, LLP
701 S. Taylor, Suite 324
Amarillo, TX 79101
(806) 358-8116 Telephone
(806) 350-7642 Fax

E-mail:  jknight@bmwb-law.com
Rhonda Luginbyhl
BURDETT MORGAN WILLIAMSON & BOYKIN, LLP
701 S. TAYLOR, SUITE 324
Amarillo, TX  79101
(806) 358-8116 Telephone
(806) 350-7642 Fax
E-mail:  rluginbyhl@bmwb-law.com

CREDITOR hereby requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure to be given, including notice under Rule 2002(i), be given to it by service upon the attorneys at the address or e-mail shown above.

CREDITOR pursuant to Federal Rule of Bankruptcy Procedure 3017(a) further requests that copies of all documents, including claims, plans and disclosure statements filed hereby by any party be served upon it and its attorneys at the address or e-mail indicated above.

Dated: 11/7/2019

*/s/ Rhonda Luginbyhl*
C. Jared Knight, State Bar No. 00794107
Rhonda Luginbyhl, State Bar No. 24074626
BURDETT MORGAN WILLIAMSON & BOYKIN, LLP
701 S. Taylor, Suite 440, LB 103
Amarillo, TX  79101
(806) 358-8116 Telephone
(806) 350-7642 Fax
jknight@bmwb-law.com
rluginbyhl@bmwb-law.com
*Attorneys for Centennial Bank*

## CERTIFICATE OF SERVICE

  The undersigned certifies that he has on the date shown below transmitted a true copy of the foregoing document to the following parties in interest by electronic notification via the Court's electronic case filing system or by regular mail on the ___7___ day of _November_, 2019:

Patrick A. Swindell
Swindell Law Firm
106 SW 7th
Amarillo, TX 79101
*Debtor(s)' Attorney*

US Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

Krisu Hospitality, LLC
500 W. Harvester
Pampa, TX 79065
*Debtor(s)*

All parties that have requested notice
pursuant to N.D. Tex. L.B.R. 2002-1(j)

C. Jared Knight
Rhonda Luginbyhl