

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**



**United States Bankruptcy Judge**

**Signed November 7, 2019**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In RE: | § | |
| | § | Case No. 19-20347 |
| Krisu Hospitality, LLC | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

ORDER GRANTING MOTION FOR EXPEDITED HEARING
REGARDING FIRST DAY MOTIONS

-----------------------------------------------------------------

On this day came on for consideration the Motion for Expedited Hearing (the "Motion for Expedited Hearing") regarding the first day motions reference and described therein filed herein on November 7, 2019 by Krisu Hospitality, LLC, debtor and debtor in possession (" Krisu" or the "Debtor"). The Court finds that the request complies with the Bankruptcy Local Rules and demonstrates that sufficient cause exists for the scheduling of an emergency and/or expedited hearing on the Motion.

IT IS THEREFORE ORDERED THAT:

1. The Motion to for Expedited Hearing is GRANTED as set forth herein.

2. The Court shall conduct a hearing regarding the First Day Motions November 12, 2019, at 10:00 a.m. at the George H Mahon Building, Room 314, 1205 Texas Ave., Lubbock, TX 79401.

3. The Debtor shall give notice of this emergency/expedited hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission, or otherwise by First Class United States Mail, to all parties listed in the certificate of service contained in the Motion and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

####END OF ORDER####

Submitted by:

Patrick A. Swindell (SBN 19587450)
Swindell Law Firm
106 SW 7th Ave.
Amarillo, Tx 79101
806-374-7979
806-374-1991 FAX
E-mail:pat@swindellandassociates.com

PROPOSED ATTORNEY FOR KRISU HOSPITALITY, LLC,
DEBTOR AND DEBTOR IN POSSESSION