IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| KRISU HOSPITALITY, LLC, | Case No.: 19-20347 RLJ |
| Debtor. | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), K&L Gates LLP hereby enters its appearance on behalf of La Quinta Franchising LLC and requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address:

Daniel M. Eliades, Esq.
David S. Catuogno, Esq.
K&L GATES LLP
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102
Telephone: (973) 848-4000
Facsimile: (973) 848-4001
Email: daniel.eliades@klgates.com
David.catuogno@klgates.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand not only includes notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all notices, orders, pleadings, motions, applications, complaints, demands, hearings, request, answers, replies,

memoranda and briefs in support of any of the above, whether formal or informal, transmitted or conveyed by electronic delivery, mail delivery, telephone, facsimile or otherwise, in this case.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance, and any subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed, to waive La Quinta Franchising LLC's: (i) right to contest the subject matter or personal jurisdiction of this Court; (ii) right to seek abstention or withdrawal of any matter arising in this proceeding; (iii) right to have final orders in non-core matters entered only after de novo review by a United States District Court Judge; (iv) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (v) right to have the reference withdrawn by a United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; (vi) right to enforce any contractual provisions with respect to arbitration; or (vii) other rights, claims, actions, defenses, setoffs or recoupments to which La Quinta Franchising LLC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

**PLEASE TAKE FURTHER NOTICE** that this appearance is a limited appearance for purposes of notice only. Accordingly, this Notice of Appearance is not to be construed as a waiver of any rights, including, without limitation, the right to contest jurisdiction or service of process or to demand trial by jury of any issue.

Dated:   November 8, 2019                    **K&L Gates LLP**

    /s/ Daniel M. Eliades
Daniel M. Eliades, Esq.
(N.J.D.C. No. DME-6203)
(NJ Bar #030851990)
K&L Gates LLP
One Newark Center, 10th Floor
1085 Raymond Boulevard
Newark, New Jersey 07102
Telephone:  (973) 848-4018
Facsimile:   (973) 848-4001
Email:  daniel.eliades@klgates.com

    /s/ David S. Catuogno
David S. Catuogno, Esq.
(N.J.D.C. No. DSC-1397)
(NJ Bar #040511990)
K&L Gates LLP
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102
Telephone:  (973) 848-4023
Facsimile:   (973) 848-4001
Email:  david.catuogno@klgates.com

*Attorneys for La Quinta Franchising LLC*

## **CERTIFICATE OF SERVICE**

I certify that on November 8, 2019, I caused the attached Notice of Appearance and Demand for Service of Papers to be electronically filed with the Clerk, United States Bankruptcy Court, Northern District of Texas, by ECF and one copy of the aforementioned document by way of first class mail or ECF to those persons listed on the attached service list.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated: November 8, 2019

By: /s/ Daniel M. Eliades
　　　Daniel M. Eliades, Esq.
　　　daniel.eliades@klgates.com

## **SERVICE LIST**

Debtor
**Krisu Hospitality, LLC**
500 W. Harvester
Pampa, TX 79065
**Via First Class Mail**

Attorney for the Debtor
**Patrick Alan Swindell**
Swindell Law Firm
106 SW 7th Ave.
Amarillo, TX 79101
**Via ECF**

U.S. Trustee
**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202
**Via ECF**