


CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed November 7, 2019

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In RE: | § | |
| | § | Case No. 19-20347 |
| Krisu Hospitality, LLC | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

ORDER GRANTING MOTION FOR EXPEDITED HEARING
REGARDING FIRST DAY MOTIONS

On this day came on for consideration the Motion for Expedited Hearing (the "Motion for Expedited Hearing") regarding the first day motions reference and described therein filed herein on November 7, 2019 by Krisu Hospitality, LLC, debtor and debtor in possession (" Krisu" or the "Debtor"). The Court finds that the request complies with the Bankruptcy Local Rules and demonstrates that sufficient cause exists for the scheduling of an emergency and/or expedited hearing on the Motion.

IT IS THEREFORE ORDERED THAT:

1. The Motion to for Expedited Hearing is GRANTED as set forth herein.

2. The Court shall conduct a hearing regarding the First Day Motions November 12, 2019, at 10:00 a.m. at the George H Mahon Building, Room 314, 1205 Texas Ave., Lubbock, TX 79401.

3. The Debtor shall give notice of this emergency/expedited hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission, or otherwise by First Class United States Mail, to all parties listed in the certificate of service contained in the Motion and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

####END OF ORDER####

Submitted by:

Patrick A. Swindell (SBN 19587450)
Swindell Law Firm
106 SW 7th Ave.
Amarillo, Tx 79101
806-374-7979
806-374-1991 FAX
E-mail:pat@swindellandassociates.com

PROPOSED ATTORNEY FOR KRISU HOSPITALITY, LLC,
DEBTOR AND DEBTOR IN POSSESSION

United States Bankruptcy Court
Northern District of Texas

In re:  
Krisu Hospitality, LLC  
      Debtor

Case No. 19-20347-rlj  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0539-2     User: khollan     Page 1 of 1     Date Rcvd: Nov 07, 2019  
                          Form ID: pdf012    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2019.  
db          +Krisu Hospitality, LLC,    500 W. Harvester,    Pampa, TX 79065-4346  
cr          Centennial Bank,    Owen, Voss, Owen & Melton P.C.,    700 West 7th,    P.O. Box 328,    Plainview, TX   79073-0328

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2019 at the address(es) listed below:  
       C. Jared Knight    on behalf of Creditor    Centennial Bank jknight@bmwb-law.com,    rluginbyhl@bmwb-law.com;bedwards@bmwb-law.com;kconklin@bmwb-law.com  
       Patrick Alan Swindell    on behalf of Debtor    Krisu Hospitality, LLC    pat@swindellandassociates.com,    sshields@swindellandassociates.com;pat@swindellandassociates.com;swindellign@gmail.com;samantha@swindellandassociates.com;chelsea@swindellandassociates.com  
       United States Trustee    ustpregion06.da.ecf@usdoj.gov  
                                                                                        TOTAL: 3